### 7878.  NELSON v. THE STATE.

WADE, C. J.  There was direct evidence to support the verdict of guilty. The motives actuating the witnesses for the State were for consideration by the jury in weighing their testimony, and may not be inquired into by this court.  There was no error in overruling the motion for a new trial, which was based on general grounds only.

> *Judgment affirmed.  George and Luke, JJ., concur.*
> DECIDED JANUARY 23, 1917.

Indictment for sale of liquor; from Tattnall superior court— Judge Sheppard.  August 31, 1916.

*H. H. Elders,* for plaintiff in error.

*W. F. Slater, solicitor-general,* contra.

### 7910.  PEEK v. CITY OF ATLANTA.

GEORGE, J.  No error of law is complained of; and the evidence is ample to support the judgment of the recorder, finding the defendant guilty. Accordingly, the judge of the superior court did not err in overruling the petition for certiorari.

> *Judgment affirmed.  Wade, C. J., and Luke, J., concur.*
> DECIDED JANUARY 23, 1917.

Certiorari; from Fulton superior court—Judge Bell.  September 28, 1916.

*C. G. Battle,* for plaintiff in error.

*J. L. Mayson, S. D. Hewlett,* contra.

### 7921.  HAYNES v. THE STATE.

WADE, C. J.  The motion for a new trial being based upon the general grounds only, and the evidence being sufficient to support the verdict, the judgment is    *Affirmed.  George and Luke, JJ., concur.*

> DECIDED JANUARY 23, 1917.

Accusation of misdemeanor; from city court of Nashville— Judge Christian.  October 16, 1916.

*William Story,* for plaintiff in error.

*J. H. Gary, solicitor, J. P. Knight,* contra.